```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
RBC CAPITAL MARKETS, LLC,

                Plaintiff,
                                              O R D E R
        - against -
                                              19 Civ. 10247 (NRB)
GARCIA HAMILTON & ASSOCIATES, LP,

                Defendant.
----------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The Court is in receipt of the parties' letters of December 3, 2019 and December 6, 2019, addressing potential motions in this action while there is a motion to dismiss pending before the United States District Court for the Southern District of Texas in a case involving the same underlying transaction. Upon review of the parties' submissions and the docket of the Texas case, it appears that there are several grounds on which the court in Texas might decide to dismiss or alternatively transfer the case to this Court. Further, there is a possibility of the entry of inconsistent rulings if the parties were to proceed simultaneously in both cases. Under the circumstances, this case is stayed until the court in the Southern District of Texas decides the motion currently pending before it. The parties are directed to keep the

1

Court apprised of the status of the Texas litigation at least every sixty (60) days.

**SO ORDERED.**

Dated: New York, New York
December 11, 2019

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE