UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
RBC CAPITAL MARKETS, LLC,

                    Plaintiff,                    **O R D E R**

              - against -                    19 Civ. 10247 (NRB)

GARCIA HAMILTON & ASSOCIATES, LP,

                    Defendant.

---------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

     On December 3, 2019, defendant submitted a letter, seeking, inter alia, a stay of this action until the resolution of then pending motion to dismiss in a parallel lawsuit that had previously been filed in the Southern District of Texas ("Texas Action"). See ECF No. 10.  On December 11, 2019, the Court stayed this case until the resolution of the motion to dismiss in the Texas Action. See ECF No. 13.  By a letter dated June 11, 2020, defendant reported to the Court that the Southern District of Texas had granted the motion to dismiss.  See ECF No. 18.

     Having reviewed the parties' letters of June 12, 2020 and June 17, 2020, the Court hereby lifts the stay imposed in the Order of December 11, 2019 and grants defendant leave to file a motion to dismiss for lack of personal jurisdiction.  The Court reminds defendant that there currently is no motion to dismiss pending in this case.  The parties should confer on a briefing schedule

agreeable to both sides, in which no more than sixty (60) days elapse from the filing of the defendant's motion to the filing of the defendant's reply.

Dated:    New York, New York
          June 19, 2020


          _____
          NAOMI REICE BUCHWALD
          UNITED STATES DISTRICT JUDGE