**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
RBC CAPITAL MARKETS, LLC,

                     Plaintiff,

-against-                               19 **CIVIL** 10247 (NRB)

**JUDGMENT**

GARCIA HAMILTON & ASSOCIATES,
LP,

                     Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated January 22, 2021, Garcia Hamilton's Motion to dismiss for lack of personal jurisdiction is granted; accordingly, the case is closed.

**Dated:** New York, New York
         January 25, 2021

                                                            **RUBY J. KRAJICK**
                                                          _____
                                                          **Clerk of Court**
                                 **BY:**
                                                          **Deputy Clerk**